# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY HAWORTH, | ) 1:08cv1276 DLB |
| | ) |
| | ) |
| | ) ORDER DISCHARGING ORDER |
| Plaintiff, | ) TO SHOW CAUSE |
| | ) (Document 9) |
| v. | ) |
| | ) ORDER EXTENDING |
| MICHAEL J. ASTRUE, Commissioner | ) TIME FOR SERVICE |
| of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

On August 27, 2008, Plaintiff, proceeding in forma pauperis, filed the present action for judicial review of the denial of Social Security benefits.

On January 9, 2009, the Court issued an order to show cause based on Plaintiff's failure to return the service documents.

Plaintiff's attorney filed a response on January 30, 2009, explaining that the oversight was due to "considerable negligence or intentional harm" committed by a former employee. Response, at 1. The law firm has attempted to correct these issues, but was not aware of the deficiency in this case.[1]

Accordingly, for good cause shown, the January 9, 2009, order to show cause is DISCHARGED.

---

[1] Plaintiff also states that the order to show cause and "other actions" were sealed. However, review of the docket in 08cv1276 does not reveal any sealed documents.

1

Plaintiff is granted twenty (20) days to either submit her USM-285 forms OR serve Defendant directly.

IT IS SO ORDERED.

**Dated:   February 4, 2009**                          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE