1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8937
      Facsimile: (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                 UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA
10
                         **FRESNO DIVISION**
11

12 SHELLEY HAWORTH,                )
                                   )   CIVIL NO. 1:08-CV-01276 DLB
13        Plaintiff,               )
                                   )
14        v.                       )   STIPULATION AND ORDER TO EXTEND
                                   )   TIME
15 MICHAEL J. ASTRUE,              )
   Acting Commissioner of          )
16 Social Security,                )
                                   )
17        Defendant.               )
   _____ )
18
        The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
19
   attached Order, that Defendant shall have an extension of time up to October 2, 2009, to respond to
20
   Plaintiff's confidential letter brief. This extension is being requested so that the undersigned counsel for
21
   the Commissioner may consult with her client about voluntarily remanding this matter.
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                              Respectfully submitted,

Dated September 3, 2009,           */s/ Sengthiene Bosavanh*

                                              Sengthiene Bosavanh
                                              (as authorized via telephone)
                                              Attorney at Law

                                              Attorney for Plaintiff

Dated September 3, 2009,           LAWRENCE G. BROWN
                                              United States Attorney
                                              LUCILLE GONZALES MEIS
                                              Regional Chief Counsel, Region IX
                                              Social Security Administration

                            By:
                                              /s/ *Elizabeth Firer*

                                              Elizabeth Firer
                                              Special Assistant U.S. Attorney

                                              Attorneys for Defendant

IT IS SO ORDERED.

**Dated:**   **September 3, 2009**          **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE