1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY HAWORTH, | CIVIL NO. 1:08-CV-01276 DLB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Upon remand, the Appeals Council will issue a decision finding Plaintiff disabled pursuant to Rule 201.14 of the Medical-Vocational Guidelines as of September 10, 2004, the day she is considered to have attained age 50. 20 C.F.R. § 401.2(c)(4) (individual attains a given age the day before her birthday). The Appeals Council will then remand the case to an Administrative Law Judge (ALJ) for further consideration of the period prior to September 10, 2004, which must include an evaluation of the opinions of Saad Hijazi, M.D.

///

///

///

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

                                                  Respectfully submitted,

Dated: October 2, 2009            */s/ Sengthiene Bosavanh*
                                               (As authorized via email)
                                               SENGTHIENE BOSAVANH
                                               attorney for Plaintiff

Dated: October 2, 2009            LAWRENCE G. BROWN
                                               United States Attorney
                                               LUCILLE GONZALES MEIS
                                               Regional Chief Counsel, Region IX
                                               Social Security Administration

                                               */s/ Elizabeth Firer*
                                               ELIZABETH FIRER
                                               Special Assistant U.S. Attorney

                                               Attorneys for Defendant

<u>ORDER</u>

IT IS SO ORDERED.

**Dated:**   **October 7, 2009**                    **/s/ Anthony W. Ishii**
                                           CHIEF UNITED STATES DISTRICT JUDGE